**2007-2387. State v. Christian.**
Cuyahoga App. No. 79789. On motion for leave to file delayed appeal. Motion denied.
 LUNDBERG STRATTON, J., dissents.

**2007-2399. State v. Jones.**
Hamilton App. No. C–070083. On motion for leave to file delayed appeal. Motion denied.
 PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007-2408. State v. Nixon.**
Muskingum App. No. CT2007–0043. On motion for leave to file delayed appeal. Motion denied.
 LUNDBERG STRATTON, J., dissents.

**2007-2409. State v. Cobb.**
Guernsey App. Nos. 06–CA–25 and 06–CA–26, 2007-Ohio-4243. On motion for leave to file delayed appeal. Motion denied.
 PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2007-2410. State v. Clark.**
Hamilton App. No. C–060848. On motion for leave to file delayed appeal. Motion denied.
 CUPP, J., dissents.

**2007-2412. State v. Monroe.**
Franklin App. No. 06AP–554. On motion for leave to file delayed appeal. Motion denied.

**2007-2426. State v. Sessler.**
Crawford App. No. 3–06–23, 2007-Ohio-4931. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Journal Entry filed November 30, 2007:
 "Is the holding in State v. Pelfrey, 112 Ohio St.3d 422, applicable to charging statutes that contain separate sub-parts with distinct offense levels?"
 O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.
 The conflict case is State v. Kepiro, Franklin App. No. 06AP–1302, 2007-Ohio-4593.
 Sua sponte, cause consolidated with 2007–2030, State v. Sessler, Crawford App. No. 3–06–23, 2007-Ohio-4931.

**2007-2428. Masek v. Marroulis.**
Trumbull App. No. 2007–T–0034, 2007-Ohio-6159. On motion for stay of court of appeals' judgment. Motion denied.

**2008-0035. State v. Frye.**
Ashtabula App. No. 2007–A–0023, 2007-Ohio-6941. On motion for stay of court of appeals' judgment. Motion denied.
 MOYER, C.J., and O'CONNOR, J., dissent.

**2008-0045. State v. Hatfield.**
Ashtabula App. No. 2006–A–0033, 2007-Ohio-7130. On motion for stay of court of appeals' judgment. Motion granted.
 PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2008-0061. Atelier Dist., LLC v. Parking Co. of Am., Inc.**
Franklin App. No. 07AP–87, 2007-Ohio-7138. On motion for stay of court appeals' judgment. Motion denied.
 LUNDBERG STRATTON, J., dissents.